[No. 56667-9-I. Division One. March 12, 2007.]

TUYET BRAMLETT, *Appellant*, v. ALVIN HECKARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-12166-7, Michael Hayden, J., entered June 23, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Coleman and Ellington, JJ.

[No. 56786-1-I. Division One. March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13000-6, Christopher A. Washington, J., entered August 24, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56790-0-I. Division One. March 12, 2007.]

SONJA ANDERSON, *Appellant*, v. LOCKHEED MARTIN INFORMATION TECHNOLOGY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-08124-6, John P. Erlick, J., entered July 26, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 57062-5-I. Division One. March 12, 2007.]

*In the Matter of the Marriage of* CHERRI L. WEIS, *Appellant*, and WILLIAM A. WEIS, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 04-3-00370-2, Mary E. Roberts and James D. Cayce, JJ., and Marilyn Sellers, J. Pro Tem., entered August 10, September 13, October 27, and December 14, 2005, and January 27 and February 24, 2006. *Affirmed* by unpublished per curiam opinion.